**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

REBECCA COIN,                               )
                                            )
              Plaintiff,                    )
                                            )
       vs.                                  )   Case No. 1:19-cv-00112-AGF
                                            )
ANDREW M. SAUL,                             )
Commissioner of Social Security,            )
                                            )
              Defendant.                    )

## JUDGMENT

Pursuant to the Memorandum and Order issued on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the decision of

the Commissioner is **AFFIRMED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November 2020.